# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STATE OF ARKANSAS,** *ex rel.*  **PLAINTIFF**
**TIM GRIFFIN, ATTORNEY GENERAL**

v.     CASE NO. 4:22-CV-01287-BSM

**SYNGENTA CROP PROTECTION AG,** *et al.*     **DEFENDANTS**

## ORDER

The State of Arkansas' motion to strike and to compel discovery [Doc. No. 89] is denied without prejudice because it appears that Syngenta has now produced documents responsive to the State's requests for production. *See* Resp. Opp. Mot. to Strike and Compel 10, Doc. No. 94. And Syngenta's amended responses and objections [Doc. No. 89-3] are stated with sufficient specificity. *See* Fed. R. Civ. P. 34(b)(2)(B); L.R. 33.1(b). The parties are directed to meet and confer to resolve any remaining disputes.

IT IS SO ORDERED this 14th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE