UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL,<br><br>*Plaintiff*,<br><br>vs.<br><br>SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; and CORTEVA, INC.,<br><br>*Defendants*. | Case No. 4:22-cv-1287-BSM |

## NOTICE OF CHANGE OF ADDRESS FOR
## BENJAMIN M. MILLER, COUNSEL FOR SYNGENTA DEFENDANTS

PLEASE TAKE NOTICE that Benjamin M. Miller of Davis Polk & Wardwell LLP, counsel for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC (collectively, "Syngenta Defendants"), has relocated his office to the following address, effective January 1, 2025:

> Benjamin M. Miller
> Davis Polk & Wardwell LLP
> 1050 17th Street NW
> Washington, D.C. 20036

Mr. Miller's telephone, fax numbers, and email remain unchanged. Anything to be physically served upon Mr. Miller should be delivered to the new address.

Dated: January 9, 2025

Respectfully submitted,

Andrew King, Ark. Bar No. 2007176
McKenzie Raub, Ark. Bar No. 2019142
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
(501) 975-3000 Telephone
(501) 975-3001 Facsimile
andrew.king@kutakrock.com
mckenzie.raub@kutakrock.com

DAVIS POLK & WARDWELL LLP
David B. Toscano (admitted *pro hac vice*)
Daniel J. Thomson (admitted *pro hac vice*)
James I. McClammy (*pro hac vice* pending)
450 Lexington Avenue
New York, NY  10017
(212) 450-4515 Telephone
(212) 701-5515 Facsimile
david.toscano@davispolk.com
daniel.thomson@davispolk.com

Benjamin M. Miller (admitted *pro hac vice*)
1050 17th Street NW
Washington, D.C. 20036
(202) 962-7133 Telephone
(202) 962-7196 Facsimile
benjamin.miller@davispolk.com

*Attorney for Defendants*
*Syngenta Crop Protection AG,*
*Syngenta Corporation, and*
*Syngenta Crop Protection, LLC*