UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL,<br><br>*Plaintiff*,<br><br>vs.<br><br>SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; and CORTEVA, INC.,<br><br>*Defendants*. | Case No. 4:22-cv-1287-BSM |

**JOINT MOTION FOR ENTRY OF STIPULATED
MODIFICATION OF SCHEDULING ORDER**

The State of Arkansas, by and through its Attorney General, (the "State") and Defendant Corteva, Inc. ("Corteva") respectfully move under Federal Rule of Civil Procedure 16(b)(4) to modify the Court's current scheduling order. *See* ECF No. 244. Specifically, the State and Corteva jointly seek an extension to and through April 6, 2026, of the State's deadline to submit expert report disclosures to Corteva. As grounds therefore, the State and Corteva state:

1. On October 15, 2025, the Court entered an Order Granting Joint Motion For Entry Of Stipulated Modification Of Scheduling Order (ECF No. 244) ("Order"). In that Order, the Court set the opening expert report deadline for March 6, 2026.

2. The State and Corteva have conferred and agreed, subject to the Court's approval, to extend to and through April 6, 2026, the March 6, 2026, deadline for any required expert report disclosures by the State or Corteva.

3. There is good cause to extend the deadline for such expert disclosures because

1

developments in the case may materially affect the scope and trajectory of litigation. Granting the requested extension will promote efficiency and conserve the resources of the parties and the Court.

4. The State and Corteva do not seek modification of any other dates set by the Order and do not anticipate that extending the deadline for such expert disclosures will delay litigation.

WHEREFORE, The State of Arkansas and Corteva, Inc. request that this Court extend the March 6, 2026, deadline for expert report disclosures by the State or Corteva to and through April 6, 2026, and grant all other proper relief.

Dated: March 6, 2026                                Respectfully submitted,

Amanda J. Wentz, ABN 2021066
Assistant Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 682-1178
Facsimile: (501) 682-8118
amanda.wentz@arkansasag.gov

Tim Grifffin, ABN 95110
Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 682-2007
Facsimile: (501) 683-2520
Tim.Griffin@ArkansasAG.gov

Brittany Edwards, ABN 2016235
Senior Assistant Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 682-8114
Facsimile: (501) 682-8118
Brittany.Edwards@ArkansasAG.gov

*/s/ Heather Zachary*
REDDICK LAW, PLLC
BRIAN REDDICK, ABN 94057
HEATHER ZACHARY, ABN 2004216
One Information Way, Suite 105
Little Rock, AR 72202
Telephone: (501) 943-1456
Facsimile: (501) 907-7793
brian@reddicklawfirm.com
hzachary@reddicklawfirm.com

ROBBINS GELLER RUDMAN &
   DOWD LLP
DOROTHY P. ANTULLIS*
Florida Bar No. 890421
ALEXANDER C. COHEN*
Florida Bar No. 1002715
ANNY M. MARTIN*
Florida Bar No. 1000491
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
acohen@rgrdlaw.com
amartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ARTHUR L. SHINGLER III*
California Bar No. 181719
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
 ashingler@rgrdlaw.com

THE LANIER LAW FIRM, P.C.
W. MARK LANIER*
Texas Bar No. 11934600
ALEX J. BROWN*
Texas Bar No. 24026964
ZEKE DeROSE III*
Texas Bar No. 24057421
SARA E. ABSTON*
Texas Bar No. 24131972
10940 West Sam Houston Parkway North
Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
mark.lanier@lanierlawfirm.com
alex.brown@lanierlawfirm.com
zeke.derose@lanierlawfirm.com
sara.abston@lanierlawfirm.com

THE LANIER LAW FIRM
K. RACHEL LANIER*
California Bar No. 343171
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (310) 277-5100
rachel.lanier@lanierlawfirm.com

* *Pro hac vice* admitted

*Attorneys for State of Arkansas*


QUATTLEBAUM, GROOMS
   & TULL PLLC

*/s/ Laura L. O'Hara*
Steven W. Quattlebaum, ABN 84127
John E. Tull III, ABN 84150
Laura L. O'Hara, ABN 2021150
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone:  (501) 379-1700
Facsimile:  (501) 379-1701
squattlebaum@qgtlaw.com
jtull@qgtlaw.com
lohara@qgtlaw.com

CRAVATH, SWAINE & MOORE LLP
Wes Earnhardt*
Jesse Weiss*
Margarat T. Segall*
825 Eighth Avenue
New York, New Yok 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
wearnhardt@cravath.com
jweiss@cravath.com
msegall@cravath.com

BALLARD SPAHR LLP
Emilia McKee Vasallo*
Elizabeth P. Weissert*
Jason Leckerman*
Thomas Hazlett
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
McKeeVassalloE@ballardspahr.com
WeissertE@ballardspahr.com
LeckermanJ@ballardspahr.com
HazlettT@ballardspahr.com

*Pro hac vice admitted

*Attorneys for Defendant Corteva, Inc.*